# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

DENNIS CHESTER, on his own behalf
and those similarly situated,

          Case No.  4:18-cv-00076-HLM

   Plaintiff,

v.

LNR ENTERPRISE, LLC, a Domestic
Limited Liability Company and
CARL D. LIVINGSTON, Individually,

   Defendants.
_____/

### <u>AFFIDAVIT OF ANDREW R. FRISCH</u>

STATE OF FLORIDA:

COUNTY OF BROWARD:

  Before me, the undersigned authority, personally appeared ANDREW R. FRISCH, Esquire, who, after being duly sworn, deposes and says:

  1.  My name is ANDREW R. FRISCH. I am over the age of eighteen (18) and competent to testify as to the matters stated herein.

  2.  I am a partner at Morgan & Morgan, P.A. ("M&M") in Plantation, Florida, in charge of the firm's nationwide class/collective action employment practice.

  3.  M&M is a national firm, with over 400 attorneys, that represents plaintiffs in a wide variety of employment matters including individual and collective/class action litigation involving wage and hour claims.

  4.  As an attorney for M&M, I am responsible for prosecuting, as lead counsel,

federal and state labor and employment claims, including claims arising under Title VII, the Americans with Disabilities Act (ADA), the Age Discrimination in Employment Act (ADEA), the Florida Civil Rights Act, the Fair Labor Standards Act ("FLSA"), and various parallel state and local municipal wage and hour laws, among others.

5.      M&M is the largest Plaintiff-side law firm in the United States.

6.      I was/am Plaintiff's counsel in the matter of *Dennis Chester vs. LNR Enterprise, LLC and Carl D. Livingston* (Case No. 4:18-cv-76-HLM) .  To that end, I was the attorney responsible for the litigation on behalf of Dennis Chester.

7.      As indicated by the contemporaneous time records attached hereto as **EXHIBIT A**, a total of 13.61 hours were spent prosecuting this Complaint on behalf of Plaintiff, Dennis Chester.

8.      I/we undertook this representation on a purely contingent basis. Moreover, because our firm has finite resources, our acceptance of this case precluded me/us from accepting other wage and hour class/collective actions. Neither my firm, nor I have received compensation for the services we have rendered in this case to date, from any source.

## Counsel's Background and Experience

9.      I completed my undergraduate studies at the University of Michigan (Ann Arbor), where I obtained a Bachelor of Arts (1997) with honors, and served as an assistant to the Honorable Lynn Rivers, then the Congressperson from Ann Arbor in the United States House of Representatives. After my graduation from the University of Michigan, I attended law school at the Benjamin N. Cardozo School of Law in New York, where I graduated in the top of my class and earned a Juris Doctor degree (2000). While in law school, I served as a

student law clerk for the Honorable Denis R. Hurley of the Eastern District of New York, and received numerous scholastic honors.

10.     I was admitted to the bars of the State of New York and New Jersey in 2001, the bar of the State of Florida in 2006, and the bar of the State of Georgia in 2012. Additionally, I am admitted to the bars of the Third, Fifth, Sixth, and Eleventh Circuit Court of Appeals, the District of Colorado, Middle, Northern and Southern Districts of Florida, Middle and Northern Districts of Georgia, Middle and Northern Districts of Georgia Bankruptcy Courts, Northern District of Illinois, Eastern District of Michigan, Eastern, Northern, and Southern Districts of New York, District of New Jersey, Eastern and Western Districts of Tennessee, and Northern and Southern Districts of Texas.  I am a member in good standing of each of these bars.

11.     I have been practicing law since January 2001, have successfully handled hundreds of FLSA collective action cases (in multiple states and venues), and prior to coming to Morgan & Morgan, P.A., I managed the Wage and Hour Department at Rosenthal & Levy, P.A. in West Palm Beach, Florida for over a year.

12.     I have served or am serving as lead counsel in Wage and Hour Class/Collective Actions in the Middle, Northern and Southern District of Florida, Southern District of Texas, Eastern and Southern Districts of New York, District of New Jersey, Eastern District of North Carolina, Southern and Northern Districts of Mississippi, Eastern, Middle and Western Districts of Tennessee, Southern District of Ohio, Northern and Middle Districts of Georgia, District of Colorado, District of Oregon, and the Court of Federal Claims. *See, e.g., Bath v. Red Vision Systems, Inc.*, 2014 WL 2436100 (D.N.J. May 29, 2014); *Thompson v. Direct*

*General Consumer Products, Inc.*, 2014 WL 884494 (M.D. Tenn. March 5, 2014)(nationwide class of insurance agents); *Palma v. MetroPCS Wireless, Inc.*, 2013 WL 6597079 (M.D. Fla. Dec. 16, 2013)(nationwide class of account service representatives); *White v. NTC Transp., Inc.*, 2013 WL 5874566 (N.D. Miss. Oct. 31, 2013); *Cooper v. East Coast Assemblers, Inc.*, 2013 WL 308880 (S.D. Fla. Jan. 25, 2013)(certifying nationwide class of "assemblers" regarding unpaid overtime claims); *Young v. Dollar Tree Stores, Inc.,* 1:11-cv-01840-REB-MJW, D.E. 264 (D. Colo. Aug. 24, 2012)(conditionally certifying a nationwide class of over 35,000 "assistant store managers" pursuing off-the-clock claims); *Hardesty v. Litton's Market and Restaurant, Inc.*, 2012 WL 6046743 (E.D. Tenn. Sept. 28, 2012)(class of tipped servers alleging tip credit violations); *Toure v. Amerigroup Corp.*, 2012 WL 1432302, (E.D.N.Y. April 20, 2012); *Elliott v. Amspec Services, LLC*, 2011 WL 6002019 (D.N.J. Nov. 29, 2011)(certifying nationwide class of "oil, gas and chemical inspectors"); *Mainor v. Lazer Spot, Inc.,* 2011 U.S. Dist. LEXIS 151990, at *8 (N.D. Ga. Aug. 9, 2011)(nationwide class of yard jockeys); *Dacar v. Saybolt, LP*, 4:11-cv-00433, D.E. 135 (S.D. Tex. June 2, 2011); *Aponte v. Comprehensive Health Management, Inc.*, 2011 WL 2207586 (S.D.N.Y. June 2, 2011); *Alvarez v. Gold Belt, LLC*, 2011 WL 1337457 (D.N.J. Apr. 7, 2011); *Mills v. RM International, Inc.*, 3:11-cv-00129, D.E. 38 (D. Or. March 31, 2011)(conditionally certifying nationwide class of "test drivers"); *Reyes v. AT & T Corp.*, 2011 WL 3517004 (S.D. Fla. Feb. 28, 2011)(conditionally certifying a nationwide class of "retail account executives"); *Brantley v. Inspectorate America Corp.,* 4:09-cv-02439, D.E. 43 (S.D. Tex. April 14, 2010); *Gayle v. United States,* 85 Fed. Cl. 72 (2008).

13.     Additionally, I have repeatedly been held to be adequate class counsel in

claims arising under various state's wage and hour laws. *See, e.g., Seghroughni v. Advantus Restaurant, Inc.*, 2015 WL 390329, at *2 (M.D. Fla. Jan. 28, 2015) (appointing Frisch and Morgan & Morgan as class counsel in case arising from FMWA claims); *Deleon v. Wells Fargo, N.A.,* 1:12-cv-04494-RLE, D.E. 39 (S.D.N.Y. Jan. 12, 2015) (same); *Reyes v. AT&T Mobility Services, LLC,* 1:10-cv-20837-MGC, D.E. 191 (S.D. Fla. Dec. 20, 2012) (appointing Frisch as class counsel); *Toure v. Amerigroup Corp.*, 2012 WL 3240461, at *5 (E.D.N.Y. August 6, 2012) ("Class Counsel have substantial experience prosecuting and settling employment class actions, including wage and hour class actions, and are well-versed in wage and hour law and in class action law."); *Aponte v. Comprehensive Health Management, Inc.*, 2011 WL 2207586, at *12 (S.D.N.Y. June 2, 2011) (finding that Frisch and Morgan & Morgan "are qualified, experienced, and capable of acting as lead counsel" in wage and hour class actions).

14.      I have also tried close to two dozen jury trials in the state and federal courts of Florida, Kentucky and New York, as well as over one hundred final administrative hearings in multiple states and forums.

15.      Additionally, I have handled numerous cases as appellate counsel in administrative proceedings, as well as in state and federal court proceedings.

16.      I am a member of the National Employment Lawyers Association ("NELA"), as well as NELA's Florida and Georgia chapters. I am also an active member of various trial lawyer organizations, including the Florida Justice Association ("FJA"), the Palm Beach County Justice Association ("PBCJA"), the Broward County Justice Association ("BCJA") and the New York State Trial Lawyers Association ("NYSTLA").

17.     Further, I have published multiple articles on Wage and Hour subjects in different periodicals. I am also author/publisher of the "Overtime Law Blog" website http://flsaovertimelaw.com, a frequently updated site pertaining to recent developments in FLSA and Wage and Hour jurisprudence.

18.     Given my expertise in wage and hour law, I am frequently asked to present to groups of attorneys and/or paralegals at speaking engagements. *See, e.g.*, Lecturer, "Overtime and Fair Labor Standards Act," Palm Beach County Chapter of Paralegal Association of Florida, Inc., May 9, 2007; also Lecturer, "Title VII of the Civil Rights Act of 1964; Age Discrimination in Employment Act (ADEA); Older Workers Benefits Protection Act (OWBPA); Florida Whistleblowers Act," Florida Workers' Advocates**,** FWA's 17th Annual Education Conference, June 9, 2007; Lecturer, "Best Strategies for Handling Fair Labor Standards Act (FLSA) Litigation by the Plaintiff and Defendant," Florida Bar Labor and Employment Section, Advanced Labor Topics 2012, April 14, 2012; Lecturer, "Calculating Damages Under the FLSA to Maximize Your Claims," Practice Made Perfect's Wage & Hour Seminar, February 7, 2013.

19.     Based on my experience and expertise handling wage and hour cases throughout the United States, my reasonable hourly rate has been recognized to be anywhere between $325 to $475 per hour, depending on the local market in which the case is pending.

**<u>Attorney's Fees and Litigation Costs</u>**

20.     To date, Plaintiff's counsel has incurred approximately $1,078.82 in out-of-pocket costs in the litigation of this case.  Attached hereto as **EXHIBIT B**, is a copy of Counsel's cost ledger to date.

21.   As indicated by the contemporaneous time records attached hereto as **EXHIBIT A**, I expended a total of 12.71 hours billed at a rate of $450.00 per hour, and Paralegals expended a total of .9 hours billed at a rate of $125.00 per hour prosecuting this Complaint on behalf of Plaintiff, Dennis Chester.  The lode star fees for prosecuting this case in order to successfully obtain judgment on behalf of Plaintiff, Dennis Chester equals $5,832.00.

FURTHER, AFFIANT SAYETH NOT.

_____

ANDREW R. FRISCH

STATE OF FLORIDA

COUNTY OF BROWARD

SWORN TO AND SUBSCRIBED before me this _16_ day of November, 2018.  The Affiant, Andrew Frisch, is [X] personally known to me or [ ] has produced _____ as identification, which is current or has been issued within the past five years and bars a serial number or other identifying number.

SEAL:  **MARY THEISEN**
MY COMMISSION # FF 918702
EXPIRES: October 4, 2019
Bonded Thru Budget Notary Services

_____

NOTARY PUBLIC-STATE OF FLORIDA

7

# EXHIBIT A

# Time Sheet

10/31/2018

Chester, Dennis vs. LNR Enterprise LLC

Date Range: All

Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|------|----------|-----|----------|----------|--------|
| 08/22/2017 | AF | 2.00 | MTT | MTT | $900.00 |
| | | | Receipt & Review Client documents and questionaire | | |
| 10/18/2017 | AF | .30 | MTT | MTT | $135.00 |
| | | | Initial telephone conference with client to review issues | | |
| 10/25/2017 | MTT | .30 | MTT | MTT | $37.50 |
| | | | Preparation of FOIA Requests | | |
| 10/25/2017 | AF | .20 | MTT | MTT | $90.00 |
| | | | Preparation of FOIA Request | | |
| 10/27/2017 | AF | .20 | MTT | MTT | $90.00 |
| | | | Receipt and Review of Email from Client attaching documents | | |
| 10/30/2017 | AF | 1.00 | MTT | MTT | $450.00 |
| | | | Initial Damage Calculations | | |
| 11/01/2017 | AF | .50 | MTT | MTT | $225.00 |
| | | | Preparation of Damage Calculations | | |
| 11/01/2017 | AF | .20 | MTT | MTT | $90.00 |
| | | | Telephone conference with Client regarding $ offer | | |
| 02/06/2018 | MTT | .40 | MTT | MTT | $50.00 |
| | | | Preparation of Summonses | | |
| 02/06/2018 | MTT | .20 | MTT | MTT | $25.00 |
| | | | Preparation of Civile Cover Sheet | | |
| 03/28/2018 | AF | 1.10 | MTT | MTT | $495.00 |
| | | | Preparation of Complaint | | |
| 03/29/2018 | AF | .10 | MTT | MTT | $45.00 |
| | | | Received and reviewed Order Referring case to magistrate Judge | | |
| 03/29/2018 | AF | .40 | MTT | MTT | $180.00 |
| | | | Telephone conference with Client regarding employment documents | | |
| 04/05/2018 | AF | .10 | MTT | MTT | $45.00 |
| | | | Receipt and Review of Returns of Service on Defendants | | |
| 04/30/2018 | AF | .80 | MTT | MTT | $360.00 |
| | | | Preparation of Motion for Clerk's Default on LNR Enterprises | | |
| 04/30/2018 | AF | .20 | MTT | MTT | $90.00 |
| | | | Telephone conference with TSI regarding skip trace for Carl D. Livingston | | |
| 05/01/2018 | AF | .01 | MTT | MTT | $4.50 |
| | | | Receipt and Review of Clerk's Default at to LNR | | |
| 05/09/2018 | AF | .30 | MTT | MTT | $135.00 |
| | | | Telephone conference with Client regarding possible location of Carl D. Livingston and any family members | | |
| 05/14/2018 | AF | .30 | MTT | MTT | $135.00 |
| | | | Receipt and Review of 3 Affidavits of Non-Service on Carl D. Livingston | | |
| 05/25/2018 | AF | .20 | MTT | MTT | $90.00 |
| | | | Telephone conference with Client regarding Carl D. Livingston dodging service | | |
| 06/01/2018 | AF | .50 | MTT | MTT | $225.00 |
| | | | Research Service by Publication in Georgia | | |
| 06/04/2018 | AF | .70 | MTT | MTT | $315.00 |
| | | | Preparation of Motion for Service by Publication | | |

# Time Sheet

10/31/2018

Chester, Dennis vs. LNR Enterprise LLC

Date Range: All

Status: Pending/Released/Transfered/Exception

| Date | Attorney | Hrs | Recorder | Timekeep | Amount |
|------|----------|-----|----------|----------|--------|
| 06/04/2018 | AF | .20 | MTT | MTT | $90.00 |
| | | | Preparation of Proposed Order re Service by Publication | | |
| 06/11/2018 | AF | .10 | MTT | MTT | $45.00 |
| | | | Receipt and Review of Order Granting Service by Publication | | |
| 06/25/2018 | AF | .10 | MTT | MTT | $45.00 |
| | | | Preparation of Notice of Filing Notice of Service | | |
| 06/25/2018 | AF | .20 | MTT | MTT | $90.00 |
| | | | Preparation of Notice of Summons | | |
| 06/25/2018 | AF | .30 | MTT | MTT | $135.00 |
| | | | Telephone conference with Clerk in Atlanta regarding Service by Publication | | |
| 06/26/2018 | AF | .20 | MTT | MTT | $90.00 |
| | | | Telephone conference with Walker County Messenger (newspaper) regarding publication | | |
| 10/09/2018 | AF | .30 | MTT | MTT | $135.00 |
| | | | Preparation of Motion for Clerk's Entry of Default | | |
| 10/10/2018 | AF | .10 | MTT | MTT | $45.00 |
| | | | Receipt and Review of Clerk's Entry of Default | | |
| 10/10/2018 | AF | .80 | MTT | MTT | $360.00 |
| | | | Preparation of Motion for Default Judgment | | |
| 10/10/2018 | AF | .70 | MTT | MTT | $315.00 |
| | | | Preparation of Affidavit of Fees and Costs | | |
| 10/10/2018 | AF | .60 | MTT | MTT | $270.00 |
| | | | Preparation of Declaration of Dennis Chester | | |

| | | | | |
|---|---|---|---|---|
| Total hours: | 13.61 | | Total Amount: | $5,832.00 |

# EXHIBIT B

**Morgan & Morgan, P.A.**

Case Expense Report

10/31/2018
11:58:32AM

(7841930) Chester, Dennis vs. LNR Enterprise LLC

Page 1 of 2

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 08/22/2017 | | POS | [ Postage ] | | 1.13 |
| | Postage FTL | | | | |
| 09/26/2017 | | LDT | [ Long Distance Telephone ] | | 6.50 |
| | Telephone Charges | | | | |
| 10/09/2017 | 770054 | TVL | Morgan & Morgan - Jacksonville [ Travel Expenses ] | | 13.05 |
| | | | tvl reim aug 17 | | |
| 10/13/2017 | | LDT | [ Long Distance Telephone ] | | 1.25 |
| | Telephone Charges | | | | |
| 10/16/2017 | | PRN | [ Black & White Printing ] | | 1.50 |
| | Black & White Printing | | | | |
| 10/16/2017 | | LDT | [ Long Distance Telephone ] | | 2.50 |
| | Telephone Charges | | | | |
| 10/16/2017 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Telephone Charges | | | | |
| 10/16/2017 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Telephone Charges | | | | |
| 10/26/2017 | | CLP | [ Color Printing ] | | 30.00 |
| | Color Printing | | | | |
| 10/26/2017 | | LDT | [ Long Distance Telephone ] | | 4.50 |
| | Telephone Charges | | | | |
| 10/27/2017 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Telephone Charges | | | | |
| 10/30/2017 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Telephone Charges | | | | |
| 10/30/2017 | | PRN | [ Black & White Printing ] | | 1.50 |
| | Black & White Printing | | | | |
| 11/01/2017 | | LDT | [ Long Distance Telephone ] | | 3.75 |
| | Telephone Charges | | | | |
| 11/07/2017 | | LDT | [ Long Distance Telephone ] | | 3.75 |
| | Telephone Charges | | | | |
| 11/09/2017 | | LDT | [ Long Distance Telephone ] | | 0.25 |
| | Telephone Charges | | | | |
| 11/21/2017 | | PRN | [ Black & White Printing ] | | 2.25 |
| | Black & White Printing | | | | |
| 12/06/2017 | | PRN | [ Black & White Printing ] | | 2.00 |
| | Black & White Printing | | | | |
| 01/18/2018 | | PRN | [ Black & White Printing ] | | 2.00 |
| | Black & White Printing | | | | |
| 02/06/2018 | | PRN | [ Black & White Printing ] | | 2.75 |
| | Black & White Printing | | | | |
| 03/15/2018 | | PRN | [ Black & White Printing ] | | 2.75 |
| | Black & White Printing | | | | |
| 03/26/2018 | | PRN | [ Black & White Printing ] | | 2.75 |
| | Black & White Printing | | | | |
| 03/29/2018 | | PRN | [ Black & White Printing ] | | 2.75 |
| | Black & White Printing | | | | |
| 04/05/2018 | ACH 04.05.18 | FIL | Andrew Frisch [ Filing fees ] | | 400.00 |
| | | | Reimbursement 4.6.18 | | |
| 05/02/2018 | 796596 | PSVC | TSI, Inc. [ Process Service ] | | 100.00 |
| | | | DennisChester/7841930/TPL-2018036 | | |
| | | | 819/JocelynR | | |
| 05/15/2018 | | PRN | [ Black & White Printing ] | | 1.50 |
| | Black & White Printing | | | | |
| 05/15/2018 | | PRN | [ Black & White Printing ] | | 1.25 |
| | Black & White Printing | | | | |
| 05/15/2018 | | CLP | [ Color Printing ] | | 2.50 |
| | Color Printing | | | | |
| 05/18/2018 | 798427 | PSVC | TSI, Inc. [ Process Service ] | | 400.00 |
| | | | DennisChester/7841930/TPL-2018036 | | |
| | | | 798/JocelynR | | |
| 05/22/2018 | | PRN | [ Black & White Printing ] | | 1.50 |
| | Black & White Printing | | | | |
| 05/30/2018 | | POS | [ Postage ] | | 0.89 |
| | Postage FTL | | | | |
| 06/15/2018 | | PRN | [ Black & White Printing ] | | 1.50 |
| | Black & White Printing | | | | |
| 07/03/2018 | ACH 07.03.18 | CRTFEE | Andrew Frisch [ Court Fees ] | | 80.00 |
| | | | Reimbursement 7.6.18 | | |
| 10/10/2018 | | PRN | [ Black & White Printing ] | | 1.75 |
| | Black & White Printing | | | | |

|  | | | Total: | 0.00 | 1,078.82 |